THE ATTORNEY GENERAL, EX REL. JOHN T. RICH, GOVERNOR, v. JOHN G. BERRY.

*Removal of State officers.*

This case is ruled by *Attorney General v. Jochim, ante,* 358.

Information in the nature of *quo warranto* to test the title of respondent to the office of Commissioner of the State Land Office. Argued March 6, 1894. Demurrer overruled, and judgment of ouster entered, March 20, 1894. The facts are stated in *Attorney General v. Jochim, ante,* 358.

*A. A. Ellis,* Attorney General (*Geer & Williams* and *Cahill & Ostrander,* of counsel), for relator.

*Smith, Lee & Day* (*Fred A. Baker* and *S. Wesselius,* of counsel), for respondent.

HOOKER, J. This cause is governed by the decision in the case of *Attorney General v. Jochim, ante,* 358.

The demurrer will be overruled, and judgment of ouster entered.

The other Justices concurred.